Cheltenham Township *v.* Cheltenham Township Employees Association, et al., Appellants.

Before GROSHENS, P. J., without a jury.

Argued December 15, 1975. *Jonathan G. Axelrod*, with him *Herman Bloom, Hugh J. Beins*, and *Bloom, Ochs & Fisher*, for appellants; *Anthony F. Visco, Jr.*, with him *H. Thomas Felix, II, Samuel H. High, Jr.*, and *Obermayer, Rebmann, Maxwell & Hippel*, for appellee.

Order affirmed.

Cohen, Appellant, *v.* Edward I. Plottle Co., et al.

Before PENETAR, J., without a jury.

Argued December 11, 1975. *Joseph P. Kane*, with him *Roger Mattes*, for appellant; *Paul A. Barrett* and *George E. Clark, Jr.*, with them *Nogi, O'Malley & Harris*, and *Henkelman, McMenamin, Kreder & O'Connell*, for appellees.

Judgment affirmed.

JACOBS, HOFFMAN, and SPAETH, JJ., absent.

Commonwealth *v.* Alexander, et al., Appellants.

Before BROWN, P. J.

Argued December 8, 1975. *Michael J. Perezous*, with him *Xakellis, Perezous & Mongiovi*, for appellants; *J. Michael Williamson*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.